United States District Court
Southern District of Texas
**ENTERED**
December 23, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-2716 |
| MARINE TECH SERVICES, LLC, *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, and Recommendation dated December 25, 2020 (ECF 25) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this 23rd day of December, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE