United States District Court
Southern District of Texas
**ENTERED**
August 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-2716 |
| MARINE TECH SERVICES, ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 10, 2021 (ECF 37), to which no objections were filed, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this 3d day of August, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE