United States District Court
Southern District of Texas
**ENTERED**
August 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FCCI INSURANCE COMPANY, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:20-cv-2716 |
| | § | |
| MARINE TECH SERVICES, ET AL., | § | |
| *Defendants.* | § | |

### FINAL JUDGMENT

In accordance with this Court's Order of Adoption adopting the Magistrate Judge's recommendation that Plaintiff FCCI Insurance Company be granted summary judgment on all its claims in this case (ECF 38), it is hereby ORDERED and ADJUDGED that FCCI Insurance Company shall recover from Marine Tech Services, LLC, Jerrod Monaghan, and Bethany Schmidt, jointly and severally:

1. Damages in the amount of $1,154,475,.45;
2. Prejudgment interest accrued through February 1, 2021 in the amount of $57,723.78;
3. Prejudgment interest on $1,154,475.45 from February 2, 2021 through the date of entry of this Final Judgment at the rate of 10% per annum;
4. Postjudgment interest on $1,154,475.45 at the applicable federal postjudgment rate of **0.07%** from the date of entry of this Final Judgment until paid in full.

Costs shall be taxed against Defendants. This is a final judgment.

SIGNED at Houston, Texas this **3rd** day of August, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE